IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DR. VERONICA PERKINS                                          PLAINTIFF

v.                               4:24-cv-1069-DPM

BLYTHEVILLE SCHOOL DISTRICT;
DESMOND HAMMETT, individually
and in his capacity as President of the
Blytheville Board of Education;  JUDY
BEAUGARD, individually and in her
capacity as Secretary of the Blytheville
Board of Education;  and RICKY
JEFFERSON, VENITA NICHOLS, ERIN
CARRINGTON, and TOBEY JOHNSON,
each individually and in their capacities as
members of the Blytheville Board of
Education                                                        DEFENDANTS

## ORDER

The Court can't keep the June 2026 trial date set by Judge Moody. The new trial date is 8 February 2027.  A Second Amended Final Scheduling Order will issue.  The motion to compel, *Doc. 31*, is denied without prejudice.  Please follow the procedures for discovery disputes outlined in the new Scheduling Order.  The motion to extend, *Doc. 44*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 April 2026